Michigan Department of Treasury, FOD
M-1006 (Rev. 9/96)

This form is provided in accordance with MCL 600.4061.

# GARNISHMENT DISCLOSURE

18-51016

| Name of Court | Court for City/County of: | Case Number |
|---|---|---|
| CLERK OF THE COURT | DETROIT | 12CR2014201 |

| Plaintiff/Trustee | | the Michigan Department of Treasury, garnishee defendant, and |
|---|---|---|
| UNITED STATES OF AMERICA | VS | Name of Principal Defendant |
| Plaintiff's Attorney | | SLEDGE JUMANNE R |

CLERK OF THE COURT
US DISTRICT COURT EDMI
231 W LAFAYETTE 5TH FLOOR
DETROIT MI 48226

F I L E D
MAY 1 0 2023
CLERK'S OFFICE
DETROIT

Supplementary Disclosure

According to our records, at the time the writ of garnishment was served, the State of Michigan was indebted to the principal defendant from an over payment of taxes, credits or lottery winnings.

| Department of Treasury Authorized Representative | Disclosure date |
|---|---|
| A. ABBEY | 05/08/2023 |

## PAYMENT INFORMATION

| Date Received |
|---|
| 07/17/2018 |
| Social Security or FE Number |
| XXX-XX-8088 |
| Amount of Garnishment (may include court costs and interest) |
| 173808.92 |
| Garnishment Fee |
| .00 |

1. Total garnishment amount including court costs .................................... 1. 173808.92
2. **Amount payable to** COURT .................................... 2. 813.00
   **The payment will be sent to the payee indicated above in 28 days from the date on this disclosure.** If a garnishment release, satisfaction of judgment, or bankruptcy notice (validated by the court) is received in our office within the 28 days, we will issue a refund to the principal defendant or bankruptcy trustee if there are no other debts to be paid.

02                                                    COURT

5550 (08-19)

**MICHIGAN DEPARTMENT OF TREASURY – COLL**
**LANSING, MI 48922**

XXX LANSING MI 488 05/05/23 XXX

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
LANSING, MI
PERMIT 1200

U.S. MARSHA

DTE-SP2 48226